UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 23, 2019  **Time:** 2:36-3:27 pm  **Judge:** Edward J. Davila
**Total Time:** 51 Mins.

**Case No.:** 17-cr-00068-EJD-3  **Case Name:** UNITED STATES v. Ismael Alvarenga-Rivera(P)(C)(I)

**Attorney for Plaintiff:** Stephen Meyer
**Attorney for Defendant:** Vicki Young

**Deputy Clerk:** Adriana M. Kratzmann        **Court Reporter:** Irene Rodriguez

**Interpreter:** Lupita Arce(Spanish)        **Probation Officer:** Kyle Pollak

### PROCEEDINGS - SENTENCING

Defendant is present and in-custody and assisted by the Spanish language interpreter. Hearing held.
**Defendant is hereby committed to the custody of the Bureau of Prisons (BOP) to be imprisoned for a term of 90 months. This term consists of 90 months on each of Cts. 1 and 2 of the Second Superseding Indictment (Dkt. 147 filed 8/16/2018) said term to be served concurrent to one another.**
**The Court imposed a 5-year term of supervised release as to Ct. 1 and 3 years as to Ct. 2, said term shall run concurrently to one another if the defendant is not deported.** The Court adopts the Probation Officer's recommendations for standard and special conditions (SEE JUDGMENT).
$200 Special Assessment Fee imposed due immediately; Fine waived;
Defendant is remanded to the custody of the BOP;
The Court makes the following recommendations to the BOP: 1) that the defendant be designated to a facility as close to the Santa Cruz, California where the defendant's family resides. The Court finds that family visitation enhances rehabilitation; and 2) to the extent possible that the defendant receives rehabilitation services for substance abuse and participate in a Spanish GED program. The Government orally requests that the Court dismiss the underlying Counts in the previous Indictment. The Court ordered those Indictments dismissed as to this defendant.
The Court will approve the forfeiture order (Dkt. 270) upon no objection of defendant.

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter